**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| MICHAEL CLAXTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVISION COMMUNICATIONS, INC.,<br><br>Defendant. | ) | Civil Action No. 1:24-cv-00840 (LLS) |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of its Motion to Dismiss the Complaint for Failure to State a Claim, Defendant Univision Communications, Inc., by and through its undersigned counsel, moves this Court before the Honorable Louis L. Stanton, United States District Judge, United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, on a date and time to be designated by the Court, for an Order Dismissing Plaintiff's Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Respectfully submitted,
HOLLAND & KNIGHT LLP

Mark S. Melodia
Christine N. Walz
31 W 52nd Street
New York, NY 10019
Tel: (212) 513-3583



#245363963_v1

Fax: (212) 358-9010
mark.melodia@hklaw.com
christine.walz@hklaw.com

*Counsel for Defendant*

cc: Counsel of Record